UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ORAL SODIUM PHOSPHATE SOLUTION-BASED PRODUCTS LIABILITY LITIGATION | Case No. 1:09-SP-80000 (MDL Docket No. 2066) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | The Honorable Ann Aldrich U.S. DISTRICT JUDGE Northern District of Ohio |
| _____ | |
| This Document Relates to All Actions _____ | **APPOINTMENT OF PLAINTIFFS' EXECUTIVE COMMITTEE & PLAINTIFFS' STEERING COMMITTEE** |

The Judicial Panel on Multidistrict Litigation has transferred actions in the above-captioned matter to this Court for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 as part of nationwide litigation involving oral sodium phosphate solution-based products. Pursuant to this Court's jurisdiction over these actions, the Court appointed Plaintiffs' Co-Lead counsel (Hunter J. Shkolnik and Stephen J. Foley) and Plaintiffs' Liaison Counsel (John R. Climaco) in a prior Order dated September 3, 2009 [ECF Doc. 35]. The Court now appoints the Plaintiffs' Executive Committee and Plaintiffs' Steering Committee.

1. **Plaintiffs' Executive Committee**:

    A. The Plaintiffs' Executive Committee shall (1) consult with Plaintiffs' Co-Lead Counsel and assist in coordinating the activities of Plaintiffs during pretrial proceedings, (2) develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all Plaintiffs; and (3) perform other such duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities.

4928

B.	Defendants may rely on all agreements made with Plaintiffs' Co-Lead Counsel, or the PEC as a whole, including agreements as to discovery scheduling, and such agreements shall be binding on all plaintiffs whose cases are subject to the jurisdiction of this Court.

C.	This Court now hereby appoints the following counsel to serve on Plaintiffs' Executive Committee ("PEC").

Hunter J. Shkolnik
Rheingold, Valet, Rheingold,
Shkolnik & McCartney LLP
113 East 37th Street, New York, NY 10016
1.212.684.1880
hshkolnik@rheingoldlaw.com

Stephen J. Foley
Foley & Mansfield PLLP
250 Marquette Ave
Suite 1200
Minneapolis, MN 55401
612.338.8788
sfoley@foleymansfield.com

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli Co. LPA
55 Public Square Suite 1950
Cleveland, OH 44113
216.621.8484
jmclim@climacolaw.com
dxchmi@climacolaw.com
gmhenn@climacolaw.com

David Szerlag (Chairman of PSC)
Pritzker, Olsen
45 South Seventh Street
Minneapolis, MN 55402-1652
612.338.0202
david@pritzkerlaw.com

2.	**Plaintiffs' Steering Committee**:

A.	At the request of Plaintiffs' Co-Lead Counsel, the Plaintiffs' Steering Committee

(PSC) may brief and argue motions, and conduct pre-trial proceedings with Plaintiffs' Co-Lead Counsel.  In addition, the PSC shall consult with and provide input to the PEC and Plaintiffs' Co-Lead counsel as to the conduct of the litigation, and perform such other tasks as may be requested by or authorized by the PEC.

      B.    This Court now hereby appoints the following counsel to serve on Plaintiffs' Steering Committee.

David Szerlag (Chairman of PSC)
Pritzker, Olsen
45 South Seventh Street
Minneapolis, MN 55402-1652
612.338.0202
david@pritzkerlaw.com

Jeffrey D. DeCarlo
Jeffrey D. DeCarlo, P.A.
4500 Biscayne Boulevard
Suite 201
Miami, FL 33137-3232
866.394.1157
jdecarlo7@gmail.com

Clay Martin
Martin & Helms, P.C.
401 Holmes Avenue, NE
Suite C
Huntsville, Alabama 35804
256.539.1990
martin@martinhelms.com

Michael J. O'Rourke
O'Rourke & Moody
55 W. Wacker Drive, Suite 1400
Chicago, IL 60601
312.849.2020
morourke@orourkeandmoody.com

David A. Wenner
Snyder & Wenner
2200 East Camelback Road
Suite 213

4928

Phoenix, AZ 85016
602.714.1701
david@jurybias.com

Benjamin H. Anderson
Anderson Law Offices, LLC
1360 W. 9th Street, Suite 215
Cleveland, Ohio 44113
216.589.0256

Chris Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
212.584.0700
cseeger@seegerweiss.com

Ernest Cory
Cory, Watson, Crowder, DeGaris
2131 Magnolia Ave.
Birmingham, Al 35205
205.328.2200
ecory@cwcd.com

Mark Tate
Tate Law Group
2 E. Bryan Street, Suite 600
Savannah, Georgia 31401
912.234.3030
marktate@tatelawgroup.com

Kathryn Harrington
Hollis, Wright & Harrington, P.C.
505 North 20th Street
Financial Center, Suite 1500
Birmingham, Alabama 35203
205.324.3600
kathrynh@hollis-wright.com

Neil D. Overholtz
Aylstock, Witkin, Kreis & Overholtz, PLLC
803 North Palafox Street
Pensecola, Fl. 32501
850.916.7450
noverholtz@awkolaw.com

4928

J. Scott Bertram
Bertram & Graf, LLC
9229 Ward Parkway, Suite 225
Kansas City, MO 64114
800.200.6303
jsbertram@bertramgraf.com

                                                                          s/Ann Aldrich
                                                             ANN ALDRICH
                                                             UNITED STATES DISTRICT JUDGE

                                                             Date:   9/10/2009

4928