## PENDING STATE COURT LITIGATION

| Case Captions | Court | Civil Action No. | Plaintiff's Counsel | Judge |
|---|---|---|---|---|
| **CALIFORNIA** | | | | |
| **Plaintiff:** Jean L. Hansen, Kay W. Locatelli, Judith C. Summers<br><br>**Defendant:** C.B. Fleet Company, Inc., Longs Drug Stores of California, Inc., Raley's, Raley's TM, Inc., Does 1-100 | Superior Court, Alameda County, CA | 09441475 | Foley & Mansfield | Hon. Robert Freedman |
| **Plaintiff:** Kerry Knapp<br><br>**Defendant:** C.B. Fleet Company, Inc., Does 1-30 inclusive | Superior Court, Los Angeles County – Central District, CA | BC425054 | Law Offices of Mauro Fiore | Not Yet Assigned |
| **Plaintiff:** Michael Leu<br><br>**Defendant:** Sansum Clinic, Dr. William Hahn, C.B. Fleet Company, Inc., Does 1-50. | Superior court, Santa Barbara County, CA | 1306782 | Nye, Peabody, Stirling & Hale LLP | Hon. Denise DeBellefeuille |

| Case Captions | Court | Civil Action No. | Plaintiff's Counsel | Judge |
|---|---|---|---|---|
| **DELAWARE** | | | | |
| **Plaintiff:**<br>Manetta Gorenflo, Joseph H. Gorenflo[1]<br><br>**Defendant:**<br>C.B. Fleet Company, Inc., C.B. Fleet Holding Company, Inc. | Superior Court, New Castle County, DE | 09C-02-223JRS | Rheingold, Valet, Rheingold, Shkolnik & McCartney, LLP | Hon. Joseph Slights |
| **FLORIDA** | | | | |
| **Plaintiff:**<br>Laura Albrucker<br><br>**Defendant:**<br>C.B. Fleet Company, Inc., Publix Supermarkets | Seventeenth Judicial Circuit Court, Broward County, FL | 09-51087 | Law Offices of Jeffrey D. DeCarlo | Hon. Carol-Lisa Phillips |
| **Plaintiff:**<br>Laverne Clemon<br><br>**Defendant:**<br>C.B. Fleet Company, Inc., Publix Supermarkets, Inc. | Sixth Judicial Circuit Court, Pasco County, FL | 51-2009-CA-1971 | Law Offices of Jeffrey D. DeCarlo | Hon. Stanley R. Mills |
| **Plaintiff:**<br>Loyd Corbin<br><br>**Defendant:**<br>C.B. Fleet Company, Inc., Publix Supermarkets, Inc. | Fourteenth Judicial Circuit Court, Bay County, FL | 09-4819 CA | Law Offices of Jeffrey D. DeCarlo | Hon. Michael C. Overstreet |

---

[1] A signed stipulation of dismissal was filed with the Superior Court of New Castle County in August 2009. To date, the court has not yet entered an order of dismissal.

| Case Captions | Court | Civil Action No. | Plaintiff's Counsel | Judge |
|---|---|---|---|---|
| **Plaintiff:** Kurt Fenno  **Defendant:** C.B. Fleet Company, Inc., Publix Supermarkets, Inc. | Seventeenth Judicial Circuit Court, Broward County, FL | 09012817 | Law Offices of Jeffrey D. DeCarlo | Hon. Patti Englander Henning |
| **Plaintiff:** Miriam B. Fernandez  **Defendant:** C.B. Fleet Company, Inc., Publix Supermarkets, Inc. | Eleventh Judicial Circuit Court, Miami-Dade County, FL | 09-54083-CA-03 | Law Offices of Jeffrey D. DeCarlo | Hon. Jennifer D. Bailey |
| **Plaintiff:** Jacquiline Thorschmidt, Gerald Naids, Stefan Naids, Phyllis Goldman, Robert Goldman  **Defendant:** C.B. Fleet Company, Inc., Publix Supermarkets, Inc., Dispensing Physician Consultants, Inc. | Fifteenth Judicial Circuit Court, Palm Beach County, FL | 2009-CA-007631 | Law Offices of Jeffrey D. DeCarlo | Hon. Edward H. Fine |
| **Plaintiff:** Ruth Hite, Jeffrey Hite  **Defendant:** C.B. Fleet Company, Inc., Publix Supermarkets, Inc. | Eighteenth Judicial Circuit Court, Seminole County, FL | 09-CA-5183-10-W | Law Offices of Jeffrey D. DeCarlo | Hon. Alan Dickey |
| **Plaintiff:** Jamie Martin  **Defendant:** C.B. Fleet Company, Inc., Walgreen Co. d/b/a Walgreens, Hassan Zulfiqar, M.D., Florida Health Care Plan, Inc. | Seventh Judicial Circuit Court, Volusia County, FL | 2009-33994 | Sands, White & Sands, P.A. | Hon. Richard S. Graham |

-3-

| Case Captions | Court | Civil Action No. | Plaintiff's Counsel | Judge |
|---|---|---|---|---|
| **Plaintiff:** Jo Ann Melvin  **Defendant:** C.B. Fleet Company, Inc., Golden Pharmacy, Inc. | Fourteenth Judicial Circuit Court, Calhoun County, FL | 08-302-CA | Law Offices of Jeffrey D. DeCarlo | Hon. Hentz McClellan |
| **Plaintiff:** Arthur Schlichting, Donna Schlichting  **Defendant:** C.B. Fleet Company, Inc., Publix Supermarkets, Inc. | Twentieth Judicial Circuit Court, Charlotte County, FL | 09-937-CA | Law Offices of Jeffrey D. DeCarlo | Hon. James Shenko |
| **Plaintiff:** Michael Schoendorf  **Defendant:** C.B. Fleet Company, Inc., Publix Supermarkets, Inc. | Third Judicial Circuit Court, Marion County, FL | 09-CA-3538 | Law Offices of Jeffrey D. DeCarlo | Hon. Sandra Edwards-Stephens |
| **Plaintiff:** Zelda Trencher  **Defendant:** C.B. Fleet Company, Inc., Publix Supermarkets, Inc. | Seventeenth Judicial Circuit Court, Broward County, FL | 09034744 | Law Offices of Jeffrey D. DeCarlo | Hon. David Krathen |
| **KENTUCKY** | | | | |

| Case Captions | Court | Civil Action No. | Plaintiff's Counsel | Judge |
|---|---|---|---|---|
| **Plaintiff:**<br>Jana H. Tidwell, Rodney Tidwell<br><br>**Defendant:**<br>C.B. Fleet Holding Company, Inc., d/b/a C.B. Fleet Company, Inc. and also d/b/a Fleet Laboratories, Brian T. Swain, M.D., West Kentucky Surgical, Inc. | Calloway Circuit Court, KY | 07-CI-00219 | The Sanders Law Firm | Hon. Dennis Foust |
| **MICHIGAN** | | | | |
| **Plaintiff:**<br>Martin Matsui, Marty Matsui<br><br>**Defendant:**<br>C.B. Fleet Holding Company, Inc., C.B. Fleet Company, Inc. | Macomb County Circuit Court, MI | 07-2731-CZ | Foley & Mansfield | Hon. Mark Switalski |
| **MINNESOTA** | | | | |
| **Plaintiff:**<br>Randy Salyers<br><br>**Defendant:**<br>C.B. Fleet Holding Company, Inc., C.B. Fleet Company, Inc. | Hennepin County, MN | | Goldenberg & Johnson, PLLC | Not Yet Assigned |
| **NEW MEXICO** | | | | |
| **Plaintiff:**<br>Matejek, Deborah and William<br><br>**Defendant:**<br>C.B. Fleet Company, Inc. | Second Judicial District, Bernalillo County, NM | CV2009-13356 | Keller Rohrback, PLC | Not Yet Assigned |
| **NEW YORK** | | | | |

| Case Captions | Court | Civil Action No. | Plaintiff's Counsel | Judge |
|---|---|---|---|---|
| **Plaintiff:**<br>Marty Mathous<br><br>**Defendant:**<br>C.B. Fleet Company, Inc., C.B. Fleet Holding Company, Inc., C.B. Fleet Company and/or C.B. Fleet Holding Company, Inc. d/b/a Fleet Laboratories, Kinney Drugs, Inc. | Supreme Court, Jefferson County, NY | 2007-2556 | Greene & Reid, LLP | Not Yet Assigned |
| **Plaintiff:**<br>Thomas Ross, Monica Ross<br><br>**Defendant:**<br>C.B. Fleet Holding Company, Inc., C.B. Fleet Company, Inc., Tops Markets, LLC, Tops Store #207 | Supreme Court, New York County, NY | 109894/09 | Lynch, Daskal & Emery, LLP | Hon. Marcie S. Friedman |
| **Plaintiff:**<br>Patricia Schamberger, Raymond Schamberger<br><br>**Defendant:**<br>C.B. Fleet Holding Company, Inc., C.B. Fleet Company, Inc., Wegmans Food Markets, Inc., Wegmans McKinely | Supreme Court, New York County, NY | 101322/09 | Lynch, Daskal & Emery, LLP | Hon. Marcie S. Friedman |
| **Plaintiff:**<br>Toby Schechner<br><br>**Defendant:**<br>C.B. Fleet Holding Company, Inc., C.B. Fleet Company, Inc., Walgreen Co., Walgreen Eastern Co., Inc. | Supreme Court, New York County, NY | 112392/09 | Lynch, Daskal & Emery, LLP | Hon. Marcie S. Friedman |

| Case Captions | Court | Civil Action No. | Plaintiff's Counsel | Judge |
|---|---|---|---|---|
| **Plaintiff:**<br>Sharon Strassel, William Strassel<br><br>**Defendant:**<br>C.B. Fleet Holding Company, Inc., C.B. Fleet Company, Inc.,, Rite Aid Corporation, Rite Aid of New York, Inc., Rite Aid Drug Palace, Inc., Rite Aid Headquarters Corporation, Rite Aid Store #3496 | Supreme Court, New York County, NY | 103804/09 | Lynch, Daskal & Emery, LLP | Hon. Marcie S. Friedman |
| **Plaintiff:**<br>Marsha Westfall, Richard Westfall<br><br>**Defendant:**<br>C.B. Fleet Company, Inc., C.B. Fleet Holding Company, Inc., Eugene Hoffert, M.D. | Supreme Court, Albany County, NY | 72/09 | Rheingold, Valet, Rheingold, Shkolnik & McCartney, LLP | Hon. Marcie S. Friedman |
| **PENNSYLVANIA** | | | | |
| **Plaintiff:**<br>Charles Donnelly, Irene M. Donnelly<br><br>**Defendant:**<br>C.B. Fleet Company, Inc., C.B. Fleet Holding Company, Inc., Robert M. Coben, M.D., Thomas Jefferson University Hospital d/b/a The Jefferson Health System, University Gastroenterology and Hepatology Associates a/k/a Jefferson University Physicians | Court of Common Pleas, Philadelphia County, PA | May 2008 Term, No. 003537 | Rheingold, Valet, Rheingold, Shkolnik & McCartney, LLP | Hon. Howland Abramson |

| Case Captions | Court | Civil Action No. | Plaintiff's Counsel | Judge |
|---|---|---|---|---|
| **Plaintiff:** Melanie Zerance, Patrick Zerance  **Defendant:** C.B. Fleet Company, Inc., C.B. Fleet Holding Company, Inc., Giant Food Stores, LLC | Court of Common Pleas, York County, PA | 2009-SU003499-01 | Rhoads & Sinon, LLP | Not Yet Assigned |
| **VIRGINIA** | | | | |
| **Plaintiff:** Mary McBride  **Defendant:** C.B. Fleet Company, Inc. | Circuit Court, City of Roanoke, VA | CL09-636 | Gentry Locke Rakes & Moore, LLP | Hon. William D. Broadhurst |
| **Plaintiff:** Eldridge C. Pickett, Jr.  **Defendant:** C.B. Fleet Company, Inc. | Circuit Court, City of Roanoke, VA | CL09-635 | Gentry Locke Rakes & Moore, LLP | Hon. William D. Broadhurst |
| **Plaintiff:** Susan Smith  **Defendant:** C.B. Fleet Company, Inc. | Circuit Court, City of Lynchburg, VA | CL07001831-00 | Gentry Locke Rakes & Moore, LLP | Hon. Mosby Garland Perrow III |
| **Plaintiff:** Susan E. Tabor  **Defendant:** C.B. Fleet Company, Inc. | Circuit Court, City of Roanoke, VA | CL09-638 | Gentry Locke Rakes & Moore, LLP | Hon. Jonathan M. Apgar |
| **Plaintiff:** James Tucker  **Defendant:** C.B. Fleet Company, Inc. | Circuit Court, Campbell County, VA | 031CL09000139-00 | Gentry Locke Rakes & Moore, LLP | Hon. John T. Cook |

| Case Captions | Court | Civil Action No. | Plaintiff's Counsel | Judge |
|---|---|---|---|---|
| **Plaintiff:**<br>Irvin Vest<br><br>**Defendant:**<br>C.B. Fleet Company, Inc. | Circuit Court, City of Roanoke, VA | CL09-637 | Gentry Locke Rakes & Moore, LLP | Hon. Charles N. Dorsey |
| **WASHINGTON** | | | | |
| **Plaintiff:**<br>Peter Fehrenbach, Annette Fehrenbach<br><br>**Defendant:**<br>C.B. Fleet Company, Inc., C.B. Fleet Holding Company, Inc., Carol Murakami, M.D., Minor & James Medical Professional, LLC | Superior Court, King County, WA | 08-2-40528-1 | Schroeter, Goldmark & Bender | Hon. Laura Inveen |