# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE ORAL SODIUM PHOSPHATE SOLUTION-BASED PRODUCTS LIABILITY LITIGATION | Case No. 1:09-SP-80000 (MDL Docket No. 2066) <br><br> JUDGE DAN AARON POLSTER <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Local Rule 83.5, Defendants C.B. Fleet Company, Inc. and C.B. Fleet Holding Company, Inc. (collectively "Fleet"), by and through their undersigned counsel, hereby move this court for an order admitting Atarah J. Hornezes, an associate in the law firm of Pepper Hamilton, LLP, to practice *pro hac vice* before this Court on their behalf.

In support of this Motion, Fleet attaches the affidavit of Atarah J. Hornezes.

        /s/ Beth I. Gillin
MICHAEL L. SNYDER (0040990)
DAN L. MAKEE (0029602)
BETH I. GILLIN (0081210)
MCDONALD HOPKINS LLC
600 Superior Avenue E., Suite 2100
Cleveland, Ohio 44114
Telephone:  (216) 348-5400
Facsimile:  (216) 348-5474
e-mail:  msnyder@mcdonaldhopkins.com
        dmakee@mcdonaldhopkins.com
        bgillin@mcdonaldhopkins.com

*Attorneys for Defendants C.B. Fleet Company, Inc. and C.B. Fleet Holding Company, Inc.*

{2191025:}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

      /s/ Beth I. Gillin
One of the Attorneys for
Defendants C.B. Fleet Company, Inc. and
C.B. Fleet Holding Company, Inc.