# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE ORAL SODIUM PHOSPHATE SOLUTION-BASED PRODUCTS LIABILITY LITIGATION | Case No. 1:09-SP-80000 (MDL Docket No. 2066) <br><br> JUDGE DAN AARON POLSTER <br><br> **MOTION FOR LEAVE TO WITHDRAW** |

    Defendants C.B. Fleet Company, Inc. and C.B. Fleet Holding Company, Inc. (collectively "Fleet"), hereby move this court for leave to withdraw Neil C. Cavanaugh, who has left the firm of Pepper Hamilton, LLP, as their counsel of record in the above-captioned MDL and in all of the member cases pertaining to the above-captioned MDL. Nina M. Gussack, Nicholas M. Kouletsis, and Ellen K. Scott will continue to serve as Fleet's co-lead counsel on behalf of Pepper Hamilton, LLP in the above-captioned MDL and its member cases.

    A proposed Order is attached for the Court's convenience.

{2191074:}

       /s/ Beth I. Gillin
------

MICHAEL L. SNYDER (0040990)
DAN L. MAKEE (0029602)
BETH I. GILLIN (0081210)
MCDONALD HOPKINS LLC
600 Superior Avenue E., Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
e-mail: msnyder@mcdonaldhopkins.com
          dmakee@mcdonaldhopkins.com
          bgillin@mcdonaldhopkins.com

NINA M. GUSSACK
NICHOLAS M. KOULETSIS
ELLEN K. SCOTT
Pepper Hamilton, LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
e-mail: gussackn@pepperlaw.com
          kouletsisn@pepperlaw.com
          scotte@pepperlaw.com

Attorneys for Defendants C.B. Fleet Company, Inc. and C.B. Fleet Holding Company, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

      /s/ Beth I. Gillin
One of the Attorneys for
Defendants C.B. Fleet Company, Inc. and
C.B. Fleet Holding Company, Inc.

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE ORAL SODIUM PHOSPHATE SOLUTION-BASED PRODUCTS LIABILITY LITIGATION | Case No. 1:09-SP-80000 (MDL Docket No. 2066)<br><br>JUDGE DAN AARON POLSTER<br><br>**PROPOSED ORDER ON MOTION FOR LEAVE TO WITHDRAW** |

The Motion for Leave to Withdraw of Defendants C.B. Fleet Company, Inc. and C.B. Fleet Holding Company, Inc. is **GRANTED**.

Accordingly, it is **ORDERED** that Neil C. Cavanaugh is **WITHDRAWN** as counsel of record for Defendants C.B. Fleet Company, Inc. and C.B. Fleet Holding Company, Inc. in the above-captioned MDL case and its member cases.

Dated: _____, 2010        _____
                                                         Judge Dan Aaron Polster

{2191074:}