09sp80000aas-ord(SealedExhibits).wpd

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: ORAL SODIUM PHOSPHATE** : | |
| **SOLUTION-BASED PRODUCTS** : | |
| **LIABILITY ACTION** : | **Case No. 1:09-SP-80000** |
| : | **(MDL Docket No. 2066)** |
| : | |
| **THIS DOCUMENT RELATES TO** : | |
| **ALL ACTIONS** : | **SPECIAL MASTER COHEN** |
| : | |
| : | **MEMORANDUM AND ORDER** |
| : | |

The Court's *Common Benefit Order* directs applicants for common benefit fees and expenses to submit certain documents, including: (1) detailed time and expense statements; and (2) information regarding fee-sharing agreements. *Common Benefit Order* at 7 (docket no. 175). Applicants are directed to file the latter materials under seal, and to provide them *ex parte* to the undersigned. *Id.* at 7 n.3.

Pursuant to Local Rule 5.2, this Order makes clear that applicants are authorized to file these materials under seal without need for a separate motion. Further, because applicants' detailed time statements are likely to contain attorney work-product and other privileged information, applicants shall similarly file such materials under seal, and provide them *ex parte* to the undersigned. All portions of an

applicant's submission that do not contain privileged information or attorney work-product, including summaries of lodestar figures, shall be filed publicly and not under seal, as directed by the *Common Benefit Order* at 14.

**IT IS SO ORDERED.**

/s/ David R. Cohen
**DAVID R. COHEN**
**SPECIAL MASTER**

**DATED**: October 8, 2010