09sp80082aac-ord(stip-denials).wpd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ORAL SODIUM PHOSPHATE SOLUTION-BASED ("OSPS") PRODUCTS LIABILITY ACTION | : : : : | Case No. 1:09-SP-80000 (MDL Docket No. 2066) |
| ------------------------------------------------- | : : | |
| *This Document Relates to* | : : | JUDGE POLSTER |
| BRUCE v. C.B. FLEET CO., INC.  case no. 09-SP-80082  CLINE v. C.B. FLEET CO., INC.  case no. 09-SP-80083 | : : : : : | **MEMORANDUM AND ORDER** |

In each of the above-captioned cases, the plaintiffs settled with Fleet and related defendants, and filed a stipulated notice of dismissal of all claims against those defendants. *See Bruce* docket no. 127, *Cline* docket no. 129. These stipulated dismissals moot all pending motions filed by the dismissed defendants. Accordingly, the Court **DENIES as moot** the motions filed at the following docket entries:

*Bruce* docket nos. 56, 57, 58, 59, 60, 61, 62, 63, 67, 75, & 123.

*Cline* docket nos. 58, 59, 60, 61, 62, 63, 64, 65, 69, 77, & 125.

**IT IS SO ORDERED.**

/s/ Dan Aaron Polster
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**DATED**: May 11, 2011